IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON M.,                                                    No. 6:19-cv-00671-HZ

              Plaintiff,                             ORDER

    v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

              Defendant.

HERNÁNDEZ, District Judge:

       Plaintiff Jason M. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income and Disability Insurance Benefits. On March 1, 2021, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Op. & Order, ECF 11. Judgment was entered on March 3, 2021. J., ECF 12. On April 10. 2024, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Att. 2, ECF 16-2.

1 – ORDER

Plaintiff now seeks an award of fees of $27,474.25 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 16. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [16] and awards Plaintiff's counsel $27,474.25 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $6,811.64 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon payment of the § 406(b) fees, Plaintiff's counsel will refund any EAJA fees received by counsel to Plaintiff. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: _____June 23, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER